IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JENNIFER SMITH, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00098-JRG |
| | § | |
| WAL-MART STORES TEXAS LLC, WAL-MART, INC., | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff Jennifer Smith and Defendants Wal-Mart Stores Texas LLC and Walmart, Inc. (collectively, the "Parties"). (Dkt. No. 12). In the Stipulation, the Parties stipulate to dismissal with prejudice of all claims in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Feb 6, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE